UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM PAULSON,<br>aka WILLIAM LAMBERTON,<br><br>        Petitioner,<br><br>    v.<br><br>L. DICARLO, Acting Warden, et al.,<br><br>        Respondents. | No. CV 01-4906-R (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's second report and recommendation. The Court agrees with the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.    The second report and recommendation is adopted.

      2.    Judgment shall be entered consistent with this order.

      3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 25, 2010

                                    HONORABLE MANUEL L. REAL<br>                                    UNITED STATES DISTRICT JUDGE