**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM PAULSON,<br>aka WILLIAM LAMBERTON,<br><br>        Petitioner,<br><br>        v.<br><br>L. DICARLO, Acting Warden, <u>et</u> <u>al.,</u><br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. CV 01-4906-R (PLA)

**JUDGMENT**

      Pursuant to the order adopting the magistrate judge's second report and recommendation,

      IT IS ADJUDGED that the Second Rule 60(b) Motion is denied without prejudice.

DATED:  June 25, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE